UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT GEBHARDT, <br>     Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC. <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:15-cv-00328-PGS-LHG <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Jay F. McKirahn
Jay F. McKirahan (0003223)
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
Phone: (614) 939-9955
Fax: (614) 939-9954
Email: jmckirahan@mpslawyers.com
Attorney for the Defendant

Date: April 17, 2015

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

Attorney for the Plaintiff

Date: April 17, 2015

BY THE COURT:

_____ 4/20/15
                      J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 17th day of April, 2015:

Jay F. McKirahan, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
jmckirahan@swsslaw.com

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff